

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*  *(212) 510-0500*
*Room 1006*  *Fax: (212) 668-2255*
*New York, New York 10014*

**CONVERTED CASE MEMORANDUM**

TO:  Case Administration-Judge Team for Judge Bernstein

FROM:  William K. Harrington
United States Trustee

PREPARED BY:  Mary Moroney

DATE:  November 25, 2020

RE:  Appointment of Chapter 7 Trustee - Converted Case From Chapter 11 case to Chapter 7 - And Scheduling of Section 341(a) Meeting To Be Noticed by Clerk's Office

------------------------------------------------------------------

The below listed case has been reviewed.

**Alan Nisselson** has been selected as the interim trustee for the case. His address is **Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019. Telephone No.(212) 237-1000 Fax (212) 262-1215.**

The 341(a) meeting for the case will be held telephonically with Alan Nisselson as the trustee on **January 21, 2021** at the time indicated below:

CONVERTED CHAPTER (11) CASE TO CHAPTER 7(N) CASE

**11:00 A.M.**

**Sizmek DSP, Inc.**  **19-10973(SMB)**
*aka* **Rocket Fuel Inc.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

**Sizmek DSP, Inc.**          **19-10973(SMB)**
*aka* **Rocket Fuel Inc.,**

Debtor(s).

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

**Alan Nisselson** of New York, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office.  See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
        November 25, 2020

                              William K. Harrington
                              William K. Harrington
                              United States Trustee
                              201 Varick Street
                              Room 1006
                              New York, New York 10014

▸▸ FILE A:\11TO7