**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: <br><br> SIZMEK INC._, et. al.,_[1] <br><br><br> Debtor. | Chapter 7 <br><br> Case No. 19-10971-smb |
|---|---|

# NOTICE OF RESET SECTION 341 MEETING OF CREDITORS

**YOU ARE HERBY NOTIFIED** that the initial (or adjourned) section 341(a) meeting of creditors for the above-captioned case, scheduled as an in person 341(a) meeting on February 18, 2021 at 12:00 p.m. (the "**Designated Meeting Time**") will now be reset as a telephonic meeting. All parties shall appear by phone at the 341(a) meeting in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions: Meeting Dial-in No: **1-877-708-8528**, and when prompted enter the Participant Code**: 8756047** followed by #.

To avoid confusion or technical difficulties, **attendees are instructed to call in at the Designated Meeting Time, not before that time**, **to keep phone on mute when not speaking, not to place call on hold, and to disconnect the call after their meeting is concluded**. Thank you for you anticipated cooperation in this regard.

| Date: New York, New York <br> January 13, 2021 | Alan Nisselson, _Chapter 7 Trustee_ <br><br> By_: /s/ Alan Nisselson_ <br> Alan Nisselson (anisselson@windelsmarx.com) <br> Windels Marx Lane & Mittendorf, LLP <br> 156 West 56th Street <br> New York, New York 10019 <br> Tel: (212) 237-1199 |
|---|---|

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); X Plus Two Solutions, LLC (4914); and Solomon Acquisition Corp. (4229).

{11884895:1}